BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
IAN M. MCMENEMY, ESQ.
Nevada Bar No. 13190
BROCK K. OHLSON PLLC
6060 Elton Avenue, Suite A
Las Vegas, Nevada 89107
(702) 982-0055 Phone
(702) 982-0150 Fax
E-Mail:  brock@injured.vegas
             ian@injured.vegas
*Attorneys for Plaintiff, Joseph Salvo*

# UNITES STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARINA DE CLERCQ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ENCOMPASS INDEMNITY COMPANY;<br>and DOES I through V, and ROE<br>CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-02665-JAD-CWH<br><br><br><br>**STIPULATION AND ORDER TO<br>WITHDRAW PLAINTIFF'S MOTION<br>TO REMAND AND VACATE<br>HEARING**<br><br>ECF Nos. 5, 10 |

        The parties to this action, by and through their respective counsel of record hereby

stipulate to withdraw Plaintiff's Motion to Remand [Doc. No. 5] and vacate the hearing

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

thereupon, currently set for November 20, 2017 at 2:30 P.M.

IT IS SO STIPULATED.

| DATED THIS 14th day of November, 2017 | DATED THIS 14th day of November, 2017 |
|---|---|
| **BROCK K. OHLSON PLLC** | **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP** |
| _/s/ Ian M. McMenemy_<br>BROCK K. OHLSON, ESQ.<br>Nevada Bar No. 12262<br>IAN M. MCMENEMY, ESQ.<br>Nevada Bar No. 13190<br>6060 Elton Avenue<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff* | _/s/ Wade M. Hansard_<br>WADE M. HANSARD, ESQ.<br>Nevada Bar No. 8104<br>DANIEL I. AQUINO, ESQ.<br>Nevada Bar No. 12682<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada, 89113<br>*Attorneys for Encompass Indemnity Co.* |

## <u>ORDER</u>

IT IS SO ORDERED.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
DATED: _____11-14-17_____

2