1 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 Wade M. Hansard
Nevada Bar No. 8104
3   *wade.hansard@mccormickbarstow.com*
Daniel I. Aquino
4 Nevada Bar No. 12682
  *daniel.aquino@mccormickbarstow.com*
5 8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
6 Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant
ENCOMPASS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARINA DE CLERCQ, individually, | Case No. 2:17-cv-02665-JAD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER** |
| v. | |
| ENCOMPASS INDEMNITY COMPANY; and DOES I through V, and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

The parties to this action, by and through their respective counsel of record, hereby stipulate as follows:

Defendant hereby withdraws it Motion for Leave to Amend Answer (*Dkt. 13*).

Plaintiff hereby provides written consent pursuant to FRCP 15(a)(2) for Defendant to amend its Answer and for Defendant to file its First Amended Answer, as attached as Exhibit "A" to

. . .

. . .

. . .

. . .

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

4837287.1                                                       2:17-cv-02665-JAD-CWH
STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER

Defendant's Motion for Leave to Amend Answer (*Dkt. 13*).

DATED this 8th day of December, 2017

        BROCK K. OHLSON PLLC

        By     /s/ Ian M. McMenemy
        Brock K. Ohlson
        Nevada Bar No. 12262
        Ian M. McMenemy
        Nevada Bar No. 13190
        6060 Elton Avenue, Suite A
        Las Vegas, Nevada 89107
        Tel. (702) 982-0055

        Attorneys for Plaintiff
        CARINA DE CLERCQ

DATED this 8th day of December, 2017

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By     /s/ Daniel I. Aquino
        Wade M. Hansard
        Nevada Bar No. 8104
        Daniel I. Aquino
        Nevada Bar No. 12682
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

        Attorneys for Defendant
        ENCOMPASS INDEMNITY COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this _ 12/12 , 2017

_____
UNITED STATES DISTRICT JUDGE OR
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2017, a true and correct copy of **STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP