WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
whansard@mbswc.com
rmaxfield@mbswc.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARINA DE CLERCQ, individually,<br><br>Plaintiff,<br><br>v.<br><br>ENCOMPASS INDEMNITY COMPANY; AND DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.    2:17-cv-02665-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 44 |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

Dated: August 30, 2019

BROCK K. OHLSON, PLLC

By: _____
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
IAN M. McMENEMY, ESQ.
Nevada Bar No. 13190
6060 Elton Avenue
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Dated: September 5, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation **[ECF No. 44]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 6, 2019